MARY S. DE FOREST, Appellant, *v.* MARY J. TALMAGE, Respondent.

(Argued March 19, 1873 ; decided June term, 1873.)

DECIDED upon the facts in the case.

*Wheeler H. Peckham* for the appellant.

*Geo. G. Reynolds* for the respondent.

GRAY, C., reads for affirmance.
All concur; LOTT, Ch. C., not sitting.
Judgment affirmed.